IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE, *also known*
*as* M.R.B.,

    Plaintiff,

v.                                                      Civ. No. 25-104 DLM/GBW

SAI, INC., *doing business*
*as* MOTEL 1,

    Defendant.

**ORDER QUASHING ORDER TO SHOW CAUSE AND PROVISIONALLY
GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM**

THIS MATTER is before the Court on Plaintiff's Motion to Proceed Under Pseudonym. *Doc. 4*. On January 31, 2025, Plaintiff filed her Complaint under the pseudonym "Jane Doe (M.R.B.)." *Doc. 1*. On February 7, 2025, the Court issued an Order to Show Cause due to Plaintiff's failure to obtain the Court's approval to proceed anonymously. *Doc. 3*. The Order directed Plaintiff to either file a motion to proceed anonymously or under a pseudonym or to show cause for the failure to do so. *Id*. at 2. On February 17, 2025, Plaintiff filed the instant Motion, requesting the Court's permission to proceed under a pseudonym. *Doc. 4*. Having reviewed the Motion, the Court GRANTS it provisionally.

Defendant has not yet been served.  Should Defendant wish to oppose the Motion, it must file a response **within fourteen (14) days of their answer** or other responsive pleading.  If such a response is filed, the Court will reconsider this provisional Order.

IT IS THEREFORE ORDERED that the Court's Order to Show Cause (*doc. 3*) is QUASHED.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE