IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE, *also known
as* M.R.B.*,*

      Plaintiff,

v.                                                                                                No. 2:25-cv-0104 DLM/GBW

SAI, INC., *doing business
as* MOTEL 1,

      Defendant.

### ORDER SETTING TRIAL SCHEDULING CONFERENCE

As the parties have consented to the undersigned presiding as the trial court under 28 U.S.C. § 636(c)(1) (*see* Docs. 14; 15), the Court finds the following setting should be imposed.

The Court will conduct a telephonic Trial Scheduling Conference on **June 25, 2025, at 1:00 p.m. MDT**. The conference will address the scheduling of the trial and pre-trial conference. Counsel shall call **855-244-8681** and enter access code **2317 194 3997** to be connected to the conference.

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*