IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE, *also known as* M.R.B.*,*

    Plaintiff,

v.      Civ. No. 25-104 DLM/GBW

SAI, INC., *doing business as* MOTEL 1,

    Defendant.

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

THIS MATTER comes before the Court on the Parties' Joint Motion to Modify the Scheduling Order. *Doc. 29*. Having reviewed the Motion, noting the agreement of the parties, and being otherwise fully advised, the Court will GRANT it.

IT IS THEREFORE ORDERED that the deadlines set forth in the Court's Order Setting Pretrial Deadlines and Briefing Schedule (*doc. 21*) are modified as follows:

| Case Deadline | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's Expert Designations & Report | September 30, 2025 | January 9, 2026 |
| Defendant's Expert Designations & Report | November 14, 2025 | February 13, 2026 |
| Discovery Deadline | December 19, 2025 | March 20, 2026 |
| Dispositive and Daubert Motions Deadline | January 19, 2026 | April 24, 2026 |

All other deadlines in the Court's original order (*doc. 21*) remain unchanged.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE