IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE, *also known as* M.R.B.*,*

    Plaintiff,

v.                                            Civ. No. 25-104 DLM/GBW

SAI, INC., *doing business as* MOTEL 1,

    Defendant.

## ORDER GRANTING IN PART AND DENYING IN PART SECOND JOINT MOTION TO MODIFY THE SCHEDULING ORDER

THIS MATTER comes before the Court on Parties' Second Joint Motion to Modify the Scheduling Order. *Doc. 33*. Having reviewed the Motion, noting the agreement of the parties, and being otherwise fully advised, the Court will GRANT it in part and DENY it in part.

The deadlines for discovery and experts will be extended as requested by the parties. However, to give the Court time to resolve any dispositive motions before trial, all dispositive and Daubert motions must be **fully briefed** by July 23, 2026. No further extensions of the dispositive motion deadline will be granted except by the presiding judge.

IT IS THEREFORE ORDERED that the deadlines set forth in the Court's Order Setting Pretrial Deadlines and Briefing Schedule (*doc. 21*) are modified as follows:

| Case Deadline | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's Expert Designations & Report | January 9, 2026 | April 8, 2026 |
| Defendant's Expert Designations & Report | February 13, 2026 | May 14, 2026 |
| Discovery Deadline | March 20, 2026 | June 18, 2026 |
| Dispositive and Daubert Motions Deadline | April 24, 2026 | June 25, 2026 |
| Dispositive and Daubert Motions Response Deadline | May 8, 2026 | July 9, 2026 |
| Dispositive and Daubert Motions Reply Deadline | May 22, 2026 | July 23, 2026 |

All other deadlines in the Court's original order (*doc. 21*) remain unchanged.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE