IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE, *also known
as* M.R.B.,

    Plaintiff,

v.   Civ. No. 25-104 DLM/GBW

SAI, INC., *doing business
as* MOTEL 1,

    Defendant.

## ORDER VACATING SETTLEMENT CONFERENCE
## AND SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER comes before the Court on communication from counsel that Defendant requires additional discovery in order for a settlement conference to be productive. Accordingly, the settlement conference now set for March 18, 2026, is hereby VACATED.

The Court will hold a telephonic status conference on **March 18, 2026, at 12:30 p.m.**, to discuss resetting the settlement conference. Parties shall call Judge Wormuth's teleconference line at **(855) 244-8681, access code 2303 928 4812**, to be connected to the proceedings. Client attendance is not required.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE