## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JANE DOE, *also known as* M.R.B.,

      Plaintiff,

v.

                                     No. 2:25-cv-0104 DLM/GBW

SAI, INC., *doing business as* MOTEL 1,

      Defendant.

### ORDER SETTING STATUS CONFERENCE

**THIS MATTER** is before the Court sua sponte. On April 4, 2026, the parties filed a joint motion to modify the deadlines set forth in the Court's Order Setting Pretrial Deadlines and Briefing Schedule (Doc. 21) and the Trial Scheduling Order (Doc. 25). (*See* Doc. 45.) On April 8, 2026, the pretrial judge ruled on the motion as it relates to pretrial deadlines. (*See* Doc. 46.) In light of that ruling, the Court finds that a status conference is necessary to reset the trial-related deadlines contained in the Trial Scheduling Order.

**IT IS THEREFORE ORDERED** that counsel for the parties shall appear telephonically on **April 23, 2026, at 10:30 a.m. MDT**. Counsel shall call **855-244-8681** and enter access code **2317 194 3997** to be connected to the conference.

**IT IS SO ORDERED**.

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*