**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JANE DOE, *also known as* M.R.B.,

Plaintiff,

v. Civ. No. 25-104 DLM/GBW

SAI, INC., *doing business as* MOTEL 1,

Defendant.

**ORDER SETTING DEPOSITION DEADLINES AND TELEPHONIC STATUS CONFERENCE**

THIS MATTER comes before the Court upon communication with the parties at the telephonic status conference on August 18, 2026. *See doc. 57.* As explained at the conference, IT IS HEREBY ORDERED that Defendant shall conduct an in-person deposition of Plaintiff M.R.B. no later than **October 2, 2026**, and shall conduct an in-person deposition of E.Y.W., Plaintiff in case number 25-cv-1318, no later than **November 2, 2026**.

IT IS FURTHER ORDERED that the Court will hold a telephonic status conference on **September 8, 2026, at 4:30 p.m**. Parties shall call Judge Wormuth's teleconference line at **(855) 244-8681, access code 2303 928 4812**, to be connected to the proceedings. Client attendance is not required.

**IT IS SO ORDERED**.

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE