**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**JANE DOE, *also known as* M.R.B.,**

Plaintiff,

v. No. 2:25-cv-0104 DLM/GBW

**SAI, INC., *doing business as* MOTEL 1,**

Defendant.

**ORDER**

**THIS MATTER** is before the Court sua sponte. The Court finds the following settings should be imposed:

**IT IS ORDERED** that the Pretrial Conference currently set for March 17, 2027, is hereby **VACATED** and **RESET** to occur on **March 10, 2027**, at **9:30 a.m. MST** via Zoom. The Court will contact the parties closer to the conference to provide Zoom login information.

**IT IS FURTHER ORDERED** that the deadlines currently set for March 10, 2027, in the Order Vacating and Resetting Jury Trial and Related Deadlines (Doc. 49) are **VACATED** and **RESET** for **March 8, 2027**. This includes the deadline for the parties to file written objections to requested jury instructions and objections to proposed voir dire questions. (*See id.* at 3–4.)

All other provisions of the Order Vacating and Resetting Jury Trial and Related Deadlines (*id.*) remain unchanged.

**IT IS SO ORDERED.**

DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE