IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE, *also known as* M.R.B.,

Plaintiff,

v. Civ. No. 25-104 DLM/GBW

SAI, INC., *doing business as* MOTEL 1,

Defendant.

**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDERS**

THIS MATTER comes before the Court on the parties' Joint Motion to Modify Scheduling Orders in Related Cases. *Doc. 66*. The parties request amendment of various discovery deadlines in this case as well as in the separate, but related, case *Doe v. Sai, Inc.*, 2:25-cv-1318-DLM-GBW ("E.Y.W.'s case").

The Court, being fully informed, and noting the agreement of the parties, finds the motion to be well-taken and will GRANT IT.

IT IS THEREFORE ORDERED that the following deadlines apply as specified:

| **Deadline** | **Amended Date** |
|---|---|
| Remaining fact discovery in both cases | November 20, 2026 |
| E.Y.W.'s Rule 26(a)(2) expert disclosures | January 15, 2027 |
| E.Y.W. Defendant's Rule 26(a)(2) expert disclosures | February 16, 2027 |
| E.Y.W. rebuttal expert disclosures, if any | March 2, 2027 |
| Expert discovery, including expert depositions, in both cases | April 2, 2027 |
| Discovery motions in both cases | April 16, 2027 |
| Dispositive and Daubert motions in both cases | April 23, 2027 |

| | |
|---|---|
| Responses to dispositive and Daubert motions | May 7, 2027 |
| Replies supporting dispositive and Daubert motions | May 21, 2027 |

These dates supersede inconsistent deadlines in the existing scheduling orders (*doc. 46* in this case, *doc. 26* in E.Y.W's case). Expert disclosures already served in the present case and Defendant's August 24, 2026, expert disclosure in E.Y.W.'s case remain effective and need not be repeated. *See docs. 53, 54, 60*; *doc. 40* in E.Y.W.'s case. This Order does not reopen M.R.B.'s initial expert disclosures.

The April 16, 2027, discovery motion deadline does not extend the 21-day period under D.N.M.LR-Civ 26.6. The existing orders concerning the in-person depositions, November 4 status conference, and December 14 joint settlement conference remain in effect. *See docs. 59, 63, 64; docs. 46, 48* in E.Y.W.'s case. Except as expressly modified, all other provisions of the respective scheduling orders remain in effect.

This Order does not modify M.R.B.'s April 19-23, 2027, trial or related pretrial settings. *Docs. 49, 65*. Any relief concerning those settings must be sought separately from Judge Martinez.

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE